THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>RUBEN ARROYO, )<br>)<br>      Defendant. ) | No. 05-40028-JPG-001 |

### MEMORANDUM AND ORDER

This matter comes before the Court on defendant Ruben Arroyo's ("Arroyo") *pro se* motion to dismiss the charges against him (Doc. 67). Arroyo filed this motion *pro se*, although he is represented by attorney James Stern. A defendant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that Arroyo's motion (Doc. 67) be **STRICKEN**.

      **IT IS SO ORDERED.**
      **Dated this 17th day of October, 2005.**

                                           s/ J. Phil Gilbert
                                           **J. PHIL GILBERT**
                                           **U. S. DISTRICT COURT JUDGE**