IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 05-cr-40028-001-JPG ) |
| RUBEN ARROYO, | ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

In light of the Court's order allowing counsel to withdraw (Doc. 216), the Court **DIRECTS** the Clerk of Court to docket documents 1 and 2 in Case No. 08-cv-280-JPG, *Ruben Arroyo v. United States*, in this case as a motion for a reduction of his criminal sentence pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Manual § 1B1.10 (Doc. 210). The Court will consider those documents in this case only to the extent they request such a reduction; the remainder of the documents remain pending and will be addressed in Arroyo's § 2255 proceeding. The Court further **DISMISSES** the reduction motion in this case for the reasons stated in the Court's order allowing counsel to withdraw. The Clerk's Office is **DIRECTED** to mail a copy of this Order to Defendant Ruben Arroyo, Reg. No. 06685-025, FCI Terre Haute, Federal Correctional Institution, P.O. Box 33, Terre Haute, IN 47808.

**IT IS SO ORDERED.**
**Dated this 24th day of September 2009.**

                                                      s/ J. Phil Gilbert
                                                      **J. PHIL GILBERT**
                                                      **U.S. DISTRICT JUDGE**